# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRODERICK K. WOOTERS,<br><br>　　　　Defendant. | Case No. 4:09-cr-40013-JPG-1 |

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

　　This matter comes before the Court on defendant Broderick K. Wooters's motion for miscellaneous relief. (Doc. 81.) He asks the Court to mail him a "petition for credits to sentence" because he believes that the Court erred in calculating his sentence. This Court, however, does not have or provide any such document. Rather, the Court's jurisdiction to alter a sentence by a defendant's motion is "extremely limited". *United States v. Jumah*, 431 F. App'x 494, 496, 2011 WL 2938076, at *2 (7th Cir. 2011). The Court may entertain a motion to reconsider for a brief time after sentencing, *United States v. Healy,* 376 U.S. 75, 84 S.Ct. 553, 11 L.Ed.2d 527 (1964); *United States v. Rollins,* 607 F.3d 500, 502–04 (7th Cir. 2010), but otherwise, the Court is limited by 18 U.S.C. § 3582(c). That statute instructs that the Court may only modify a sentence (1) on the motion of the Bureau of Prisons; (2) when a retroactive amendment to the sentencing guidelines applies; or (3) when "expressly permitted by statute or by Rule 35." *Jumah*, 431 F. App'x at 496; *see also United States v. Redd,* 630 F.3d 649, 650–51 (7th Cir. 2011); *United States v. Poole,* 550 F.3d 676, 678 (7th Cir. 2008). Since none of those circumstances are present here, the Court must **DENY** Wooters's motion.

**IT IS SO ORDERED.**
**DATED: FEBRUARY 28, 2018**

　　　　　　　　　　　　　　　　　　　　**s/ J. Phil Gilbert**
　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**